**Order entered March 28, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00444-CR
No. 05-21-00456-CR
No. 05-21-00457-CR
No. 05-21-00458-CR
No. 05-21-00459-CR

**SEAN KRENZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-84208-2018, 366-84209-2018, 366-84210-2018,**
**366-84211-2018 & 366-84212-2018**

## ORDER

We **REINSTATE** these appeals.

We abated for a hearing on why appellant's brief had not been filed. The following day, appellant's brief was tendered along with a motion asking for leave to file the brief. Because no hearing has been scheduled and in the interest of

judicial economy, we **VACATE** our March 23, 2022 order to the extent it ordered the trial court to hold a hearing.

We **GRANT** appellant's motion and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court, and to counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE